In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of WILLIAM J. SMITH, Deceased.

FREDERICK G. SCHMIDT, as Special Guardian, Appellant; EDWIN P. HUME et al., Respondents.

Submitted October 7, 1942; decided October 29, 1942.

*Frederick G. Schmidt*, as special guardian, appellant.

*Karl W. Kirchwey* for Edwin P. Hume et al., respondents.

Order affirmed, with costs to each party filing a separate brief payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.